IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| KENNETH WAYNE SHERROD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-18-547-SLP |
| JOE ALLBAUGH, et al., | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered June 27, 2018 [Doc. No. 7]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 27th day of July, 2018.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE